IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KENNETH MOODY,**                                                               **PLAINTIFF**

**V.**                          **NO. 4:07CV035-P-B**

**LARRY HARDY, et al.,**                    **DEFENDANTS**

### ORDER

In accordance with the opinion issued this day, the Plaintiff's motion for preliminary restraining order (docket entry 11) is DENIED.

**IT IS SO ORDERED.**

THIS the 16th day of March, 2007.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE